UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILWAUKEE ELECTRIC TOOL CORPORATION,

                Plaintiff,

    - against -

MAERSK A/S,

                Defendant.

23-cv-7813 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to serve the summons and complaint is extended to **December 29, 2023**. If the plaintiff fails to serve the summons and complaint by that date, the case may be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated:    New York, New York
            December 7, 2023

                                                John G. Koeltl
                                      United States District Judge