```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**MILWAUKEE ELECTRIC TOOL CORPORATION,**

                **Plaintiff,**

        - against –                  23-cv-7813 (JGK)

**Maersk A/S,**                             <u>ORDER</u>

                **Defendant.**

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff had 90 days from filing the complaint, on September 1, 2023, to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). After that deadline elapsed without any service on the defendants, this Court extended the time for the plaintiff to serve the summons and complaint to December 29, 2023. ECF No. 11. In that Order, the Court advised the plaintiff that failure to serve by December 29, 2023, would result in dismissal without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

    To date, the plaintiff has failed to serve the summons and complaint on the defendants. Accordingly, this action is **dismissed without prejudice** for failure to prosecute. The Clerk is directed to close this case.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **January 2, 2024**

                                                  /s/ John G. Koeltl
                                                    **John G. Koeltl**
                                      **United States District Judge**