```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
**MILWAUKEE ELECTRIC TOOL CORPORATION,**

                Plaintiff,

           - against –

**Maersk A/S,**

                Defendant.

**23-cv-7813 (JGK)**

**ORDER**

---

**JOHN G. KOELTL, District Judge:**

ECF No. 4 is vacated. The parties should file their notice of voluntary dismissal with prejudice by **January 9, 2024**.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **January 3, 2024**

                                   /s/ John G. Koeltl
                                   **John G. Koeltl**
                        **United States District Judge**